IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Anthony Golio, M.D., | : | |
| Plaintiff | : | Civil Action 2:11-cv-00757 |
| v. | : | Judge Smith |
| Adena Health System, *et al.* | : | Magistrate Judge Abel |
| Defendants | : | |

## Order Cancelling Settlement Week Mediation

On August 16, 2012, counsel for the parties participated in a telephone conference with the Magistrate Judge and requested that the Settlement Week mediation noticed for September 10, 2012 at 10:30 a.m. be cancelled. Insufficient discovery has been completed to permit meaningful settlement negotiations. Counsel are in the process of scheduling deposition between now and the September 28 discovery deadline. If needed, counsel will submit a proposed amended scheduling order on or before **September 28, 2012.** Defendant is still obtaining documents/medical records, but counsel are close to completing paper discovery. Counsel believe that the parties will be in a position to mediate in December 2012. The September 2012 Settlement Week mediation is CANCELLED. This case will be noticed for the **December 2012 Settlement Week.**

The Clerk of Court is DIRECTED to serve a copy of this Order on counsel and the Settlement Week Mediator John Landolfi, 52 East Gay St., P.O. Box 1008, Columbus, Ohio 43216.

s/Mark R. Abel  
United States Magistrate Judge