IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Anthony Golio, M.D., | : | |
| | | Case No. 2:11-cv-00757 |
| Plaintiff, | : | |
| | | |
| vs. | : | |
| | | Magistrate Judge Abel |
| Adena Health System, *et al*., | : | |
| | | |
| Defendants. | : | |

## NOTICE OF STIPULATION OF DISMISSAL

Now comes Plaintiff, Anthony Golio, M.D., and Defendant, Adena Health System, who by agreement give notice that all parties in the above captioned matter dismiss all their respective claims and counterclaims with prejudice. Each party will bear its own costs.

IT IS SO ORDERED.

                                                                   s/Mark R. Abel
                                                  United States Magistrate Judge

APPROVED:

| | |
|---|---|
| /s/ Douglas E. Graff | /s/ Donald R. Keller  (per phone authority) |
| Douglas E. Graff (0013222) | Donald R. Keller (0022351) |
| Levi J. Tkach (0086025) | Katherine Spies-Giumenti (0042424) |
| Attorney for Plaintiff | Attorney for Defendants |
| GRAFF & McGOVERN, L.P.A. | Bricker & Eckler LLP |
| 604 East Rich Street | 100 South Third Street |
| Columbus, Ohio 43215 | Columbus, Ohio 43215 |
| Phone: (614) 228-5800 | Phone: (614) 227-2300 |
| Fax: (614) 228-8811 | Fax (614) 227-2390 |
| doug@grafflaw.com | dkeller@bricker.com |
| levi@grafflaw.com | kgiumenti@bricker.com |